No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for fees and expenses granted, and the River Master is awarded $2,758 for the period January 1 through March 31, 1997, to be paid equally by the parties. [For earlier order herein, see, e. g., 519 U. S. 979.]

No. 96–7171. SPENCER v. KEMNA, SUPERINTENDENT, WEST-·ERN MISSOURI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. [Certiorari granted, ante, p. 1165.] Motion for appointment of counsel granted, and it is ordered that John William Simon, Esq., of Jefferson City, Mo., be appointed to serve as counsel for petitioner in this case.

No. 96–8400. BUCHANAN v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. [Certiorari granted, ante, p. 1196.] Motion for appointment of counsel granted, and it is ordered that Gerald T. Zerkin, Esq., of Richmond, Va., be appointed to serve as counsel for petitioner in this case.

No. 96–8242. IN RE SPYCHALA;
No. 96–8252. IN RE WHITE; and
No. 96–8667. IN RE GRUBBS. Petitions for writs of mandamus denied.

No. 96–8996 (A–815). IN RE CALLINS. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 96–9000 (A–816). IN RE LACKEY. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 96–1133. UNITED STATES v. SCHEFFER. C. A. Armed Forces. Certiorari granted.

No. 96–1462. LUNDING ET UX. v. NEW YORK TAX APPEALS TRIBUNAL ET AL. Ct. App. N. Y. Certiorari granted.